# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Johnson, Wayne E. | **2. Court or Organization**<br><br>United States Bankruptcy Court, Central District of CA | **3. Date of Report**<br><br>09/10/2015 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>United States Bankruptcy Judge, Active | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 384
Riverside, CA 92501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Pursue Your Passion Ministries |
| 2. | Trustee | Imago Dei College |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |
| 6. | Trustee | Trust #4 |
| 7. | Trustee | Trust #5 |
| 8. | Trustee | Trust #6 |
| 9. | Trustee | Trust #7 |
| 10. | Trustee | Trust #8 |
| 11. | Custodian | Custodial Account #1 |
| 12. | Custodian | Custodial Account #2 |
| 13. | Custodian | Custodial Account #3 |
| 14. | Custodian | Custodial Account #4 |
| 15. | Custodian | Custodial Account #5 |
| 16. | Custodian | Custodial Account #6 |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/10/2015 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Int./Div. | K | T | | | | | |
| 2. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 3. - Schwab 1000 Index Fund | | | | | | | | | |
| 4. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 5. - SPDR Gold Trust: GLD | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. IRA #2 | A | Int./Div. | J | T | | | | | |
| 8. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 9. - Schwab 1000 Index Fund | | | | | | | | | |
| 10. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 11. - SPDR Gold Trust: GLD | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. IRA #3 | A | Int./Div. | L | T | | | | | |
| 14. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 15. - Schwab 1000 Index Fund | | | | | | | | | |
| 16. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 17. - SPDR Gold Trust: GLD | | | | | Sold (part) | 03/19/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #4 | A | Int./Div. | J | T | | | | | |
| 19. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 20. - Schwab 1000 Index Fund | | | | | | | | | |
| 21. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. IRA #5 | B | Int./Div. | L | T | | | | | |
| 24. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 25. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 26. - Schwab 1000 Index Fund | | | | | | | | | |
| 27. - SPDR Gold Trust: GLD | | | | | Sold | 04/01/14 | K | A | |
| 28. - SPDR Gold Trust: GLD | | | | | Buy | 05/05/14 | K | | |
| 29. | | | | | | | | | |
| 30. Custodial Account #1 | A | Int./Div. | J | T | | | | | |
| 31. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 32. - Schwab Value Investor Money Fund | | | | | Sold | 09/15/14 | J | A | |
| 33. - Schwab 1000 Index Fund | | | | | Sold | 09/15/14 | J | A | |
| 34. - Federated Mid Cap Index Fund SS | | | | | Sold | 09/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Custodial Account #2 | A | Int./Div. | J | T | | | | | |
| 37. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 38. - Schwab 1000 Index Fund | | | | | | | | | |
| 39. - Federated Mid Cap Index Fund SS | | | | | Sold (part) | 09/15/14 | J | A | |
| 40. | | | | | | | | | |
| 41. Custodial Account #3 | A | Int./Div. | J | T | | | | | |
| 42. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 43. - Schwab 1000 Index Fund | | | | | | | | | |
| 44. - Federated Mid Cap Index Fund SS | | | | | Sold (part) | 09/15/14 | J | A | |
| 45. | | | | | | | | | |
| 46. Custodial Account #4 | A | Int./Div. | J | T | | | | | |
| 47. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 48. - Schwab 1000 Index Fund | | | | | | | | | |
| 49. - Federated Mid Cap Index Fund SS | | | | | Sold | 09/15/14 | J | A | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Custodial Account #5 | A | Int./Div. | J | T | | | | | |
| 53. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 54. - Schwab 1000 Index Fund | | | | | | | | | |
| 55. - Federated Mid Cap Index Fund SS | | | | | Sold (part) | 09/15/14 | J | A | |
| 56. | | | | | | | | | |
| 57. Custodial Account #6 | A | Int./Div. | J | T | | | | | |
| 58. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 59. - Schwab Investor Money Fund | | | | | Sold (part) | 09/15/14 | J | A | |
| 60. - Schwab 1000 Index Fund | | | | | Buy (add'l) | 09/15/14 | J | | |
| 61. - Federated Mid Cap Index Fund SS | | | | | Buy (add'l) | 09/16/14 | J | | |
| 62. | | | | | | | | | |
| 63. Trust #1 | | | | | | | | | |
| 64. - Partial Interest Rent Prop, San Bernardino County, CA | D | Rent | M | W | | | | | |
| 65. | | | | | | | | | |
| 66. Trust #2 | A | Int./Div. | M | T | | | | | |
| 67. - Fidelity Investments Cash Account | | | | | | | | | |
| 68. - Fidelity Government Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Trust #3 | A | Int./Div. | M | T | | | | | |
| 71. - Fidelity Investments Cash Account | | | | | | | | | |
| 72. - Fidelity Government Money Market Fund | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. Trust #4 | A | Int./Div. | L | T | | | | | |
| 75. - Fidelity Investments Cash Account | | | | | | | | | |
| 76. - Fidelity Government Money Market Fund | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. Trust #5 | A | Int./Div. | K | T | | | | | |
| 79. - Fidelity Investments Cash Account | | | | | | | | | |
| 80. - Fidelity Government Money Market Fund | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. Trust #6 | A | Int./Div. | K | T | | | | | |
| 83. - Fidelity Investments Cash Account | | | | | | | | | |
| 84. - Fidelity Government Money Market Fund | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #7 | A | Int./Div. | K | T | | | | | |
| 87. - Fidelity Investments Cash Account | | | | | | | | | |
| 88. - Fidelity Government Money Market Fund | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. Trust #8 | A | Interest | J | T | | | | | |
| 91. - Fidelity Investments Cash Account | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. Claim in Brobeck, Phleger & Harrison bankruptcy case | B | Distribution | J | W | | | | | |
| 94. Claim in Louise's Pantry La Quinta bankruptcy case. | E | Distribution | J | W | | | | | |
| 95. Bank of America accounts | A | Interest | M | T | | | | | |
| 96. JP Morgan Chase accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: In 2014, I resigned as a director of Pursue Your Passion Ministries. I also resigned as a trustee of Imago Dei College in 2014. So these will not be reported next year.

Part I: From time to time, I serve as a member of an informal advisory board for an educational program for minors which another individual runs as a sole proprietor. I am not the sole proprietor and I am entirely unrelated to the person who owns and runs the educational program. Since the educational program is organized as a sole proprietorship, there are no actual directors and, therefore, my involvement as a member of an informal advisory board does not appear to constitute a reportable position. I am an informal advisor not an actual board member or officer.

Line 94 of this report mentions a claim in the bankrutpcy case of Louise's Pantry La Quinta. This is a receivable and a portion was paid in 2014 and the balance is now uncollectible. All assets have been distributed in that bankruptcy case and the court closed the case in September of 2014. Therefore, the claim reported on line 95 was worthless at the end of 2014 and will not be reported next year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Wayne E. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544